# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Xcedex, Inc., and Bababa Software, Inc., | Case. No. 10-CV-3589 (PJS/JJK) |
| Plaintiffs, | |
| v. | **ORDER** |
| VMware, Inc., | |
| Defendant. | |

Andrea C. Wiltrout, Esq., and Tiffany A. Blofield, Esq., Winthrop & Weinstine, P.A. for Plaintiffs Xcedex, Inc., and Bababa Software, Inc.

Timothy J. Cruz, Esq., Faegre & Benson LLP, counsel for Defendant VMware, Inc.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated June 8, 2011. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss [Docket No. 27], is **GRANTED**. Count III of Plaintiffs' Amended Complaint is dismissed.

Date: June 30, 2011

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge